IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-02624-CMA

ESMERALDA M. GONZALES, *for Steven Gonzales (deceased)*,

    Plaintiff,

v.

ANDREW SAUL, *Commissioner of Social Security*,

    Defendant.

---

**ORDER AWARDING ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT**

---

This matter is before the Court on the parties' Stipulated Motion Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. # 30.) The Court, having reviewed the parties' Stipulated Motion ORDERS that attorney fees be awarded under the EAJA, payable to Plaintiff in care of her attorney, in the amount of $3,112.50. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney). It is

FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the

Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney. It is

FURTHER ORDERED that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

DATED: June 16, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge